IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRIAN NANCE,

Plaintiff,

v.

CRST EXPEDITED, INC.,

Defendant.

Case No. 24-cv-125 JPG

# JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 10/3/2024**  MONICA A. STUMP, Clerk of Court

s/ Tina Gray, Deputy Clerk


**Approved:**  *s/J. Phil Gilbert*
**J. PHIL GILBERT
DISTRICT JUDGE**